UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH CHARLES ADRAGNA,

    Defendants.
    _____/

Case No. 12-cr-20429

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE ORDER
DENYING DEFENDANT'S MOTION TO SUPPRESS** (docket no. 20)

For the reasons stated on the record at the March 7, 2013 evidentiary hearing, Defendant's motion to suppress (docket no. 20) is **DENIED**.

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 8, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2013, by electronic and/or ordinary mail.

Carol Cohron
Case Manager